**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1352**

———————

MARGARET M. GLUNK,

Plaintiff - Appellant,

versus

BELK STORES SERVICES, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-96-201-3-P)

———————

Submitted: May 14, 1998              Decided: May 27, 1998

———————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Margaret M. Glunk, Appellant Pro Se. Jacob John Modla, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Margaret Glunk appeals the district court's order granting Belk Store Services' motion for summary judgment on her claims of sexual discrimination, constructive discharge, and violation of the Equal Pay Act, 29 U.S.C. § 206(d)(1) (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Glunk v. Belk Stores Svcs., Inc.</u>, No. Ca-96-201-3-P (W.D.N.C. Jan. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>